UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

STEVEN REDDY,

        Defendant.

- - - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

07 Cr. ____

07 CRIM 1005

    The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
STEVEN REDDY

_____
Edward J.M. Little, Esq.
Attorney for Steven Reddy

Witness: _____

Date:    New York, New York
         October 30, 2007