

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: NOV 0 5 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2007

**By Fax: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

　　　　Re:  United States v. Steven Reddy,
　　　　　　07 Cr. _____ (GBD)
　　　　　　　　　　1005

Dear Judge Daniels:

　　　This matter was wheeled out to Your Honor pursuant to a Notice Of Intent To File An Information. The Court referred to Magistrate's Court the waiver of indictment and a request for bail modification. The parties appeared yesterday, October 31, 2007, before Magistrate Judge Peck. At that time, the defendant waived indictment and an Information was filed. In addition, Judge Peck expanded the defendant's travel restrictions to include the Eastern District of Wisconsin, and districts necessary for travel to and from the Southern and Eastern Districts of New York, in order to permit the defendant to reside with his family in Milwaukee.

Hon. George B. Daniels
November 1, 2007
Page 2

     The Court has scheduled the first pre-trial conference in this matter for December 5, 2007, at 11:00 a.m. The parties are optimistic that a disposition will be reached before that appearance. Accordingly, the Government requests, with the consent of the defense, that the time from today until the December 5 conference be excluded under the Speedy Trial Act to facilitate plea negotiations.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                By:   _____
                          Marshall A. Camp
                          Assistant United States Attorney
                          Tel.: (212) 637-1035

cc:  Edward J.M. Little, Esq. (by fax: 212-299-6400)

SO ORDERED.

_____         11/5/07
HON. GEORGE B. DANIELS                     DATE
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS