


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 5, 2007

**By Fax: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

    Re:    **United States v. Steven Reddy**,
           07 Cr. 1005 (GBD)

**SO ORDERED**
The conference is adjourned to January 30, 2008 at 9:30 a.m.
DEC 0 5 2007
*George B. Daniels*
HON. GEORGE B. DANIELS

Dear Judge Daniels:

       I write with the consent of the defense to request an adjournment of the pre-trial conference scheduled in this matter for today, December 5, 2007, at 11:00 a.m. Due to an apparent miscommunication regarding scheduling, it is the Government's understanding that both the defendant (who resides in Wisconsin) and defense counsel (who is traveling out of state) are not available to appear today. In addition, the parties anticipate a disposition of this matter and believe that a short adjournment would facilitate that disposition.

Hon. George B. Daniels
December 5, 2007
Page 2

     Accordingly, I respectfully request that the conference be adjourned to a date at the Court's convenience in mid- or late-January for a potential plea hearing. In order to permit ongoing plea negotiations, I also request that the time until that date be excluded under the Speedy Trial Act.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

By: _____
     Marshall A. Camp
     Assistant United States Attorney
     Tel.: (212) 637-1035

cc: Edward J.M. Little, Esq. (by fax: 212-299-6400)


SO ORDERED.

*George B. Daniels*                DEC 0 5 2007
HON. GEORGE B. DANIELS         DATE
UNITED STATES DISTRICT JUDGE