

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2008

<u>By Fax: 212-805-6737</u>

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

    Re: <u>United States</u> v. <u>Steven Reddy</u>,
        07 Cr. 1005 (GBD)

**SO ORDERED**
The conference is adjourned to March 4, 2008 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
JAN 2 9 2008

Dear Judge Daniels:

    I write with the consent of the defense to request an adjournment of the pre-trial conference scheduled in this matter for January 28, 2008. The parties anticipate a disposition of this matter and believe that a short adjournment would facilitate that disposition.

    Accordingly, I respectfully request that the conference be adjourned approximately 30 days to a date at the Court's convenience for a potential plea hearing. Because the

Hon. George B. Daniels
January 28, 2008
Page 2

adjournment is jointly sought in contemplation of a possible plea agreement, I also request that the time until any adjourn date be excluded under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

            By: _____
                  Marshall A. Camp
                  Assistant United States Attorney
                  Tel.: (212) 637-1035

cc: Edward J.M. Little, Esq. (by fax: 212-299-6400)

SO ORDERED.

_____     _____
HON. GEORGE B. DANIELS               DATE
UNITED STATES DISTRICT JUDGE