

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 29, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008

By Fax: 212-805-6737

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

    Re: **United States v. Steven Reddy**,
        07 Cr. 1005 (GBD)

Dear Judge Daniels:

    I write to request an adjournment of the plea hearing scheduled in this matter for March 4, 2008. The parties continue to anticipate a disposition in this matter but have not yet completed negotiations regarding a plea agreement.

    Accordingly, I respectfully request that the conference be adjourned approximately 45 days to a date at the Court's convenience for a potential plea hearing. Because the

Hon. George B. Daniels
February 29, 2008
Page 2

adjournment is sought in contemplation of a possible plea agreement, I also request that the time until any adjourn date be excluded under the Speedy Trial Act.

Although I was unable to speak to defense counsel today, I understand from his assistant that he does not object to this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By: _____
      Marshall A. Camp
      Assistant United States Attorney
      Tel.: (212) 637-1035

cc: Edward J.M. Little, Esq. (by fax: 212-299-6400)

SO ORDERED.

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

MAR 0 4 2008
DATE

**HON. GEORGE B. DANIELS**