**U.S. Department of Justice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 29, 2008

**By Fax: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

Re:  **United States v. Steven Reddy**,
      07 Cr. 1005 (GBD)

**SO ORDERED**

The plea is adjourned to
April 16, 2008 at 9:30 a.m.

MAR 0 4 2008  *George B Daniels*

**HON. GEORGE B. DANIELS**

Dear Judge Daniels:

        I write to request an adjournment of the plea hearing
scheduled in this matter for March 4, 2008.  The parties continue
to anticipate a disposition in this matter but have not yet
completed negotiations regarding a plea agreement.

        Accordingly, I respectfully request that the conference
be adjourned approximately 45 days to a date at the Court's
convenience for a potential plea hearing.  Because the

Hon. George B. Daniels
February 29, 2008
Page 2


adjournment is sought in contemplation of a possible plea
agreement, I also request that the time until any adjourn date be
excluded under the Speedy Trial Act.

        Although I was unable to speak to defense counsel
today, I understand from his assistant that he does not object to
this request.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

                By:     _____  FOR A. B. GARCIA
                        Marshall A. Camp
                        Assistant United States Attorney
                        Tel.: (212) 637-1035


cc: Edward J.M. Little, Esq. (by fax: 212-299-6400)


SO ORDERED.


HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE            MAR 0 4 2008
                                        _____
                                        DATE

**HON. GEORGE B. DANIELS**

                                            TOTAL P.02