

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

SDNY
[COURT stamp: ELECTRONICALLY FILED  APR 15 2008]

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 14, 2008

By Fax: 212-805-6737

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

*SO ORDERED*
*The conference is adjourned to*
*May 14, 2008 at 10:00 a.m.*

*[signature]*
**HON. GEORGE B. DANIELS**

Re: **United States v. Steven Reddy,**
    07 Cr. 1005 (GBD)

Dear Judge Daniels:

    I write with the consent of the defense to request an adjournment of the plea hearing scheduled in this matter for Wednesday, April 16, 2008. The parties continue to anticipate a disposition in this matter but have not yet completed negotiations regarding a plea agreement.

    Accordingly, I respectfully request that the conference be adjourned approximately 30 days to a date at the Court's convenience for a potential plea hearing. Because the

Hon. George B. Daniels
April 14, 2008
Page 2

adjournment is sought in contemplation of a possible plea agreement, I also request that the time until any adjourn date be excluded under the Speedy Trial Act.

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney

By:     /s/ Marshall A. Camp
            Marshall A. Camp
            Assistant United States Attorney
            Tel.: (212) 637-1035

cc: Edward J.M. Little, Esq. (by fax: 212-299-6400)

SO ORDERED.

/s/ George B. Daniels
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**

                                                           APR 1 5 2008
                                           DATE