

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 4 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2008

By Fax: 212-805-6737

**SO ORDERED**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

The plea is adjourned to
~~MAY 1 4 2008~~ June 18, 2008 at 10:30 a.m.

*George B. Daniels*
**HON. GEORGE B. DANIELS**

Re:   <u>United States</u> v. <u>Steven Reddy</u>,
      07 Cr. 1005 (GBD)

Dear Judge Daniels:

    I write with the consent of the defense to request an adjournment of the plea hearing scheduled in this matter for Wednesday, May 14, 2008. Counsel have agreed in principle on a plea agreement but, due to a recently-concluded arbitration in another matter, defense counsel has not yet had time to confer with his client regarding the proposed disposition.

    Accordingly, I respectfully request that the conference be adjourned approximately 30 days to a date at the Court's convenience for a potential plea hearing. Because this

Hon. George B. Daniels
May 13, 2008
Page 2

adjournment is sought in contemplation of a possible plea agreement, I also request that the time until any adjourn date be excluded under the Speedy Trial Act.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

By:      *[signature]*
          Marshall A. Camp
          Assistant United States Attorney
          Tel.: (212) 637-1035

cc: Edward J.M. Little, Esq. (by fax: 212-299-6400)

SO ORDERED.

*[signature]*                            MAY 1 4 2008
HON. GEORGE B. DANIELS        DATE
UNITED STATES DISTRICT JUDGE