# Hughes Hubbard



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Edward J.M. Little
Direct Dial: 212-837-6400
little@hugheshubbard.com

June 18, 2008

**SO ORDERED**
The plea is adjourned to
July 22, 2008 at 10:00 a.m.

HON. GEORGE B. DANIELS

JUN 1 8 2008

VIA TELECOPY

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Steven Reddy
              07 Cr. 1005 (GBD)

Dear Judge Daniels:

        I am the attorney for defendant, Steven Reddy, in this case, which was set for a guilty plea to be taken today at 10:30 am. Unfortunately, through a miscommunication on my part, we are not able to appear today, and I apologize for that. However it is clear that the defendant will enter a guilty plea, and we are requesting a new date for the plea in 30 days on a date convenient to the Court. The prosecutor in charge of the case, AUSA Marshall Camp, joins me in the request for an adjournment.

        Many thanks for the Courts attention.

                                               Respectfully yours,

                                              Edward J. M. Little

EJML/rmd

cc:     Marshall A. Camp